United States District Court
Southern District of Texas
**ENTERED**
November 17, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. G-16-15 (3) |
| | § | |
| CARLOS CHAYANE MORALES | § | |

## ORDER OF DETENTION PENDING TRIAL

The Defendant, **Carlos Chayane Morales,** is now serving a state court felony sentence of imprisonment. The Court, therefore, makes the following findings of fact and conclusions of law.

Since **Morales** is now in state custody and is unable to post bail he presently has no legitimate claim to a liberty interest that would justify a meaningful detention determination under 18 U.S.C. § 3142(f), it is the **ORDER** of this Court that good cause exists to defer any detention determination until such time as **Gonzales** can maintain a legitimate liberty interest. See United States v. King, 818 F.2d 112, 114 (1st Cir. 1987).

It is, therefore, **ORDERED** that the **Carlos Chayane Morales** be, and he is hereby, **COMMITTED** to the custody of the Attorney General or his designated representative for confinement in a corrections facility.

It is further **ORDERED** that the **Carlos Chayane Morales SHALL** be afforded a reasonable opportunity for private consultation with defense counsel.

It is further **ORDERED** that upon Order of a Court of the United States or upon request of an attorney for the Government, the person in charge of the corrections facility **SHALL** deliver the **Carlos Chayane Morales** to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

**DONE** at Galveston, Texas, this _____17th_____ day of November, 2016.

_____
John R. Froeschner
United States Magistrate Judge